**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Donald McKenzie, Nancy McKenzie, and John Doe,
Defendants,

Of whom Nancy McKenzie is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-001083

———————————

Appeal From Sumter County
Thomas M. Bultman, Family Court Judge

———————————

Unpublished Opinion No. 2019-UP-374
Submitted November 15, 2019 – Filed December 3, 2019

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Steve Bernard Suchomski, of Sumter, for Respondent.

Edgar R. Donnald, Jr., of Sumter, for the Guardian ad Litem.

_____

**PER CURIAM:**  Nancy McKenzie appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve McKenzie's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.